UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 08mj0145 |
| v. | ) ) | |
| ROBERT JOSEPH PARREIRA, | ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  January 22, 2008              /s/  Erick  L.  Guzman
                                      ERICK L. GUZMAN
                                      Federal Defenders
                                      225 Broadway, Suite 900
                                      San Diego, CA 92101-5030
                                      (619) 234-8467  (tel)
                                      (619) 687-2666  (fax)
                                      E-mail: erick_guzman@fd.org