# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _O8CR 244-DMS_ |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Robert Joseph Parreira | ) | |
| | ) | Booking No. _0697229A_ |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge    **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Esteban Toscano-Olivares

DATED: _1-31-08_

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
                    **DUSM**

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _J. Perraut_

**Deputy Clerk**