UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Robert Joseph Parreira ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR244-DMS <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 06972298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Rocio Campos-Saldivar

DATED: 1-31-08

RECEIVED _____
           DUSM

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk