UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Robert Joseph Parreira<br><br>Defendant(s) | CRIMINAL NO. 08CR244-DMS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06972298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Fautino Gonzalez-Ramirez

DATED: 1-31-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70062