AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ROBERT JOSEPH PARREIRA,
aka Robert Parreira

WAIVER OF INDICTMENT

CASE NUMBER: 08CR244-DMS

**FILED**
JAN 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, ROBERT JOSEPH PARREIRA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __1/31/8__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

X _____
Defense Counsel

Before _____
Judicial Officer