1
2
3
4
5              UNITED STATES DISTRICT COURT
6            SOUTHERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR0244-DMS
                                    )
9             Plaintiff,            )   **ORDER APPOINTING PRIVATE**
                                    )   **PSYCHIATRIST/PSYCHOLOGIST TO**
10  v.                              )   **CONDUCT MENTAL COMPETENCY**
                                    )   **EXAMINATION PURSUANT TO 18**
11  ROBERT JOSEPH PARREIRA,         )   **U.S.C. § 4241(b)**
    aka ROBERT PARREIRA             )
12                                  )
              Defendant.            )
13  _____

14
15     ON February 12, 2008, the court entered an order pursuant to
16  18 U.S.C. § 4241, that a competency examination of the Defendant
17  be conducted by a psychologist or psychiatrist to determine
18  whether the Defendant is mentally competent to stand trial.
19  Accordingly, **IT IS ORDERED** that the examination be conducted by a
20  qualified and impartial private psychiatrist/psychologist, Bruce
21  Yanofsky, M.D., 3110 Camino Del Rio South, Suite 202-L, San
22  Diego, CA 94801, (619) 284-3729.
23     **IT IS FURTHER ORDERED** that Dr. Yanofsky shall be allowed
24  entry into the Metropolitan Correctional Center or any other
25  facility where the defendant is being held in custody to conduct
26  such examination, and the MCC shall make available Defendant's
27  medical and psychological records, to determine:
28     1.    Whether the Defendant is mentally competent to
    understand the nature and consequences of the proceedings pending

against him; and

2.   Whether the Defendant is competent to assist properly in his defense.

The psychiatrist's/psychologist's report shall be filed with the Court and shall include, in addition to the above-stated determination:

1.   the Defendant's history and present symptoms;

2.   a description of the psychiatric, psychological, and medical tests that were employed and their results;

3.   the examiner's findings; and

4.   the examiner's opinions as to diagnosis and prognosis pursuant to 18 U.S.C. § 4247(C).

**IT IS FURTHER ORDERED** that the United States Department of Justice provide, at their expense, an interpreter to assist in the examination where appropriate.

**IT IS FURTHER ORDERED** that such examination be at the expense of the United States Department of Justice.

**IT IS FURTHER ORDERED** that the psychiatrist or psychologist provide a copy of the report to Attorney Erick Guzman, Federal Defenders of San Diego, Inc., and to Assistant U.S. Attorney Caroline Han, United States Attorney's Office 880 Front Street, San Diego, California 92101-8893.

The competency hearing in this matter is presently scheduled for March 11, 2008 at 9:30 AM.  The report shall be provided to the Court on or before March 4, 2008.  If the psychiatrist/psychologist requires additional time for testing and examination, a request to extend the time for report shall be made directly to Magistrate Judge Nita L. Stormes.

1      Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court orders that

2  the period of time from February 12, 2008 to March 11, 2008 be

3  deemed excluded under the provisions of the Speedy Trial Act, 18

4  U.S.C. § 3161, <u>et seq</u>.

5      **IT IS SO ORDERED.**

6  DATED:  February 19, 2008

7

8                                  Hon. Nita L. Stormes
                                   U.S. Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28